Michigan is considered and the Court declines to answer the certified question.

*Order Entered May 30, 1985:*

PEOPLE v SHIPP, No. 76244. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *People v Turner,* 130 Mich App 646; 344 NW2d 34 (1983), and *People v Coyle,* 104 Mich App 636; 305 NW2d 275 (1981), is considered and the Supreme Court declines to take any further action. Leave denied June 25, 1985, reported *ante,* 934. Reported below: 141 Mich App 610.

*Certified Question Declined June 7, 1985:*

In re CERTIFIED QUESTION, BENKERT v MEDICAL PROTECTIVE COMPANY, No. 74863. The certified question presented to this Court by the United States District Court for the Eastern District of Michigan is considered and the Court declines to answer the certified question. WILLIAMS, C.J., and LEVIN and BOYLE, JJ., would answer the certified question.

*Leave to Appeal From Attorney Discipline Board Denied June 10, 1985:*

GRIEVANCE ADMINISTRATOR v WALSH, No. 74967. Leave to appeal as cross-appellant is also denied. Reconsideration denied September 23, 1985.

*Order Entered June 24, 1985:*

PEOPLE v REINHARDT, No. 76027. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *People v Strelow,* 96 Mich App 182; 292 NW2d 517 (1980), is considered and the Supreme Court declines to take any further consideration of the questions presented. Court of Appeals No. 73346.

*Summary Disposition June 24, 1985:*

GRIEVANCE ADMINISTRATOR v LOVETT, Nos. 74647, 74717. Pursuant to MCR 7.302(F)(1), in lieu of granting leave to appeal, the order of the Attorney Discipline Board is modified to a sixty-day suspension of the respondent.

*Rehearing Denied June 24, 1985:*